IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARICK WHITSON; ) <br> GEORGIA CHAMPIONSHIP ) <br> BARBEQUE COMPANY, INC. d/b/a ) <br> BBQ MASTERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF STOCKBRIDGE, GEORGIA; ) <br> and ELTON ALEXANDER, ) <br> in his individual capacity, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br><br> 1-17-cv-1985-JPB |

## NOTICE OF SERVICE OF SUBPOENAS

Notice is hereby given that Defendant Elton Alexander served the following non-parties:

1. Square, Inc., d/b/a Square Capital of California, LLC;

2. JAC Distribution Corp.;

3. Shift4 Payments, LLC d/b/a Harbortouch Payments; and

4. Clover Network Inc. a subsidiary of First Data Corporation

- 1 -

A copy of the subpoenas are attached hereto as Exhibit 'A', Exhibit 'B, Exhibit 'C', and Exhibit 'D.

Respectfully submitted, this 7th day of May 2020.

                **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

                */s/ Karen E. Woodward*
                Karen E. Woodward
                Georgia Bar No. 775260
                Email:  kwoodward@cmlawfirm.com
                Direct Dial:  404-881-2623

                */s/ Marisa M. Beller*
                **Marisa M. Beller**
                Georgia Bar No. 845893
                Email: mbeller@cmlawfirm.com
                Direct Dial:  678-684-2147

                *Attorneys for Defendant*
                *Elton Alexander*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
Facsimile:  404-881-2630

# **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 7th day of May, 2020.

                                         **Cruser, Mitchell, Novitz,**
                                         **Sanchez, Gaston & Zimet, LLP**

                                         */s/ Karen E. Woodward*

                                         Karen E. Woodward

                                         Georgia Bar No. 775260

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed this ***NOTICE OF SERVICE SUBPOENAS*** with the Clerk of Court using the CM/ECF file and serve system, which will automatically send electronic notification, and a copy of same, to all counsel of record as follows:

| | |
|---|---|
| Gregory K. Hecht, Esq.<br>Michael W. Warner, Esq.<br>Hecht Walker, P.C.<br>205 Corporate Center Dr.<br>Stockbridge, GA 30281<br>greg@hmhwlaw.com<br>michael@hmhwlaw.com<br>*(Attorneys for Plaintiffs)* | LaTonya Nix Wiley, Esq.<br>The Wiley Law Firm<br>1100 Peachtree St., NE, #200<br>Atlanta, GA 30309<br>wileylaw@aol.com<br>*(Attorneys for Plaintiffs)* |
| Harvey S. Gray, Esq.<br>Alex Joseph, Esq.<br>Gray, Rust, St. Amand,<br>Moffett & Brieske, LLP<br>1700 Atlanta Plaza<br>950 E. Paces Ferry Rd.<br>Atlanta, GA 30326<br>hgray@grsmb.com<br>ajoseph@grsmb.com<br>*(Attorneys for City of Stockbridge)* | |

This 7th day of May, 2020.

*[signature on next page]*

- 4 -

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial:  404-881-2623

*/s/ Marisa M. Beller*
**Marisa M. Beller**
Georgia Bar No. 845893
Email: mbeller@cmlawfirm.com
Direct Dial:  678-684-2147

*Attorneys for Defendant*
*Elton Alexander*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
Facsimile:  404-881-2630