# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARICK WHITSON, GEORGIA CHAMPIONSHIP BARBEQUE COMPANY, INC. d/b/a BBQ Masters, ] ] ] Plaintiffs ] vs. ] ] CITY OF STOCKBRIDGE ] GEORGIA, and ELTON ALEXANDER, In His Individual Capacity, ] ] Defendants ] | Civil Action No. 1-17-cv-01985-RWS Jury Trial Demanded |

## PLAINTIFF ARICK WHITSON'S NOTICE OF SERVICE OF SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS TO NON-PARTIES

To:  Defendant City of Stockbridge, Georgia  
    c/o Harvey S. Gray  
    Alex Joseph  
    GRAY, RUST, ST. AMAND,  
    MOFFETT & BRIESKE, LLP  
    1700 Atlanta Plaza  
    950 East Paces Ferry Road  
    Atlanta, Georgia 30326  
    Counsel for Defendant City of Stockbridge, GA 30326

Defendant Elton Alexander  
Karen E. Woodward  
Marisa Beller  
CRUSER, MITCHELL,  
NOVITZ, SANCHEZ,  
GASTON & ZIMET, LLP  
Meridian II, Suite 2000  
275 Scientific Drive  
Norcross, GA 30092

You are hereby given notice that Plaintiff Arick Whitson will serve the Subpoenas to Produce Documents, Information, or Objects, attached hereto as

1

Exhibits 1-15, upon non-parties Asia Ashley, Bruce Holmes, Darius Pattillo, Donald Craddock, Glendora Dvine, Henry Herald, Ivy Sears, Keysha Davis, Marvin Johnson, Sophia Choi, South Metro Neighbor, Stacey Herman, Tara Gray, Wendy Corona, and WSB-TV, respectively, in accordance with the Federal Rules of Civil Procedure.

    This 8th day of April, 2020.

                                              Respectfully submitted.

                                              HECHT WALKER, P.C.

                                              By:   /s/ Michael W. Warner
                                                    Michael W. Warner
                                                    Georgia Bar No. 751362
                                                    Greg K. Hecht
                                                    Georgia Bar No. 003860

205 Corporate Center Drive        COUNSEL FOR PLAINTIFFS
Suite B                                       ARICK WHITSON and GEORGIA
Stockbridge, Georgia 30281        CHAMPIONSHIP BARBEQUE
(404) 348-4881                        COMPANY INC., d/b/a BBQ Masters
michael@hmhwlaw.com
greg@hmhwlaw.com

## **CERTIFICATES OF COUNSEL AND SERVICE**

This is to certify, pursuant to LR 7.1(D), NDGa., that the foregoing PLAINTIFF ARICK WHITSON'S NOTICE OF SERVICE OF SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS TO NON-PARTIES was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

I also certify that, on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 8th day of April 2020

/s/ Michael Warner
Michael Warner
Georgia Bar No. 751362